Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN HELLER** | Case No. 2:20-cv-00436-DSF-RAO |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE. |
| v. | |
| **CREDIT ONE FINANCIAL,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P. Respectfully submitted this 29th Day of May, 2020,

By: /s/Todd M. Friedman
Todd M. Friedman, ESQ.

## **CERTIFICATE OF SERVICE**

Filed electronically on May 29, 2020 2018, with:

United States District Court CM/ECF system

Notification sent electronically on May 29, 2020, to:

To the Honorable Court, all parties and their Counsel of Record

By: /s/Todd M. Friedman<br>
Todd M. Friedman, ESQ.